UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DEBORAH J. SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 1:04-cv-1625-DFH-TAB |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

ENTRY

The court is granting the Commissioner's motion to remand this case for a
new administrative hearing because of the admitted error in failing to reconsider
the discrepancies between the vocational expert's testimony and the Dictionary of
Occupational Titles.  Plaintiff has asked that the court state its views on the other
issues she has raised.


The court declines to do so.  On remand, however, all issues will be open for
a new decision and additional evidence.  Plaintiff and her counsel will have ample
opportunity to raise their concerns with the ALJ.  Those issues can then be
decided in the first instance based on a complete record.  The court will not try to
provide unduly specific advice for that remand.

So ordered.

Date:  May 11, 2005

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Tom Stuart Ebbinghouse
tsebb@iquest.net

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov